**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  MESA-RAMOS      JOSE          J
      (Last)           (First)       (Initial)

Prisoner Number  BEO-501  SANTA RITA Co JAIL

Institutional Address  5325 BRODER BLVD, DUBLIN CAL-94568

===========================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE MESARAMOS JESUS
(Enter the full name of plaintiff in this action.)

C 08 4139

vs.

ALAMEDA COUNTY SANTA
RITA JAIL, DEPUTY T.
WEAVER BADGE #1437

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  SANTA RITA JAIL

B.   Is there a grievance procedure in this institution?
     YES (✓)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (✓)    NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                      - 1 -

1. Informal appeal GRIEVANCE # 08G-S1058 ON 7·1·08 WAS DENIED ON 7·8·08 AFTER A 7 DAY EXTENSION TO INVESTIGATE.

2. First formal level I DID NOT PROCEED FURTHER BECAUSE I FELT I WAS GOING NOWHERE WITH IT AND THE GRIEVENS SERGEANT SAID IT WAS OK WHAT THE

3. Second formal level DEPUTY DID.

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

JOSE DE JESUS MESA RAMOS 5325 BRODER BLVD DUBLIN CA 94568 — GILBERT CAVALCANTI (PFN# BEJ-286) 5325 BRODER BLVD DUBLIN CA 94568

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

SHERRIF DEPUTY T. WEAVER BADGE #1437 — HE IS

COMPLAINT                                    - 2 -

1  SENIOR DEPUTY IN SANTA RITA JAIL, 4 BUILDING MAX,
2  ON SUNDAYS THROUGH TUESDAYS, SOMETIMES WEDNESDAY
3  S.
4

5  III.    Statement of Claim.

6       State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  DEPUTY T. WEAVER ON 7·1·08 AT AROUND 1:20-1:30
11  PM, SEARCHED MY CELL AT SANTA RITA JAIL, 4 BUILDING, WEST
12  SIDE CELL 6. HE FOUND 5 JUICES AND 2 ORANGES FOR WHICH
13  HE THOUGHT I AND MY CELLY WERE USING TO MAKE HOME MADE
14  WINE (PRUNO) HE THEN SEARCHED MY CELL MATE AND MYSEF'S BED
15  AREA. HE FOUND A GLOVE UNDER MY BED, AND I DONT KNOW WHAT
16  EXACTLY HE FOUND ON MY CELL MATES BED. HE THEN TOOK US TO
17  WEST SIDE MULTI PURPOSE ROOM WHERE HE MADE US GO THROUGH
18  A STRIP SEARCH WITH OUT DIVIDERS BETWEEN MY SELF AND
19  MY CELL MATE. HE MADE US GO THROUGH THE SEARCH ROUTIN
20  THEN MADE US GRAB OUR BUTTOCKS, SPREAD THEM, AND COUGH
21  AS HE FLASHED HIS FLASH LIGHT ON TO OUR RECTUMS, STILL
22  WITH NO DIVIDER BETWEEN US.
23  IV.    Relief.
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  MY INDIVIDUAL LIBERTY WAS VIOLATED IN THE PRESENT ANOTHER
27  INMATE. I WAS HUMILIATED AND MY RIGHT TO PRIVACY BY WAY
28  OF PERSONAL BODY EFFECTS BEING EXPOSED TO ANOTHER INMATE

COMPLAINT                         - 3 -

1. WHEN SUCH TREATMENT HAS BEEN BANNED. IM SEEKING
2. DAMAGES IN REGARDS OF MY CIVIL RIGHTS AND VIOLATION OF MY DUE
3. PROCESS BEING VIOLATED BY DEPUTY WEAVER. WHO AS A COUNTY DEPUTY SHOWED
4. NO REGARD OR CONSIDERATION TO MY INDIVIDUAL HUMAN DIGNITY.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __25TH__ day of __AUGUST__, 20_08_

_____
(Plaintiff's signature) Jove Oyu / Gilbert G. Cavalcante

COMPLAINT                                          - 4 -

JOSE MESA RAMOS (PFN# BEO-501)
5325 BRODER BLVD
DUBLIN CA 94568



RECEIVED
AUG 29 2008

UNITED STATES DISTRICT COURT
(ATTENTION CLERK)
450 GOLDEN GATE ST,
SAN FRANSISCO, CALI, 94102

