FILED

08 AUG 29 PM 2:57

E-filing

(PR)
RMW

C 08    4139

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE MESA RAMOS
                    Plaintiff,

vs.

ALAMEDA COUNTY SANTA RITA
JAIL, DEPUTY SHERRIF T. WEAVER
BADGE # 1437        Defendant.

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, __JOSE MESA RAMOS__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _____ *NONE* _____

5   _____

6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.      Business, Profession or            Yes ____ No ✓

10              self employment

11      b.      Income from stocks, bonds,         Yes ____ No ✓

12              or royalties?

13      c.      Rent payments?                     Yes ____ No ✓

14      d.      Pensions, annuities, or            Yes ____ No ✓

15              life insurance payments?

16      e.      Federal or State welfare payments, Yes ____ No ✓

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                       Yes ____ No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

b.      List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.      Do you own or are you buying a home?          Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?          Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8.      What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 3 -

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_I WILL PROBABLY OWE RESTITUTION AFTER MY CASE IS OVER_

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ✓  No ____
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_I DONT HAVE ACCESS TO ALL INFORMATION ON THE LAW SUIT. I KNOW IT WAS FILED IN 2004-05 IN OAKLAND. IT FALLS UNDER PENAL CODE 4030 (M)_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-25-08
DATE                    SIGNATURE OF APPLICANT

1

2                                          Case Number: _____

3

4

5

6

7

8                        **CERTIFICATE OF FUNDS**

9                                    **IN**

10                        **PRISONER'S ACCOUNT**

11

12       I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _JOSE MESA PAHOS_____ for the last six months

14   ___SANTA RITA COUNTY JAIL_____ where (s)he is confined.
                                                  [prisoner name]
                [name of institution]

15       I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____          _____
                                          [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28