***E-FILED - 9/30/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE J. MESA-RAMOS, | ) | No. C 08-4139 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ALAMEDA COUNTY SANTA RITA JAIL, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant civil rights complaint without prejudice for plaintiff's failure to exhaust all administrative remedies prior to filing this action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/30/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Mesa-Ramos139jud.wpd     1